UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NICKEY A. LANDOR** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-5515** |
| **N. BURL CAIN, WARDEN** | **SECTION "E"** |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Report and Recommendation of the United States Magistrate Judge, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Nickey A. Landor's Petition for Issuance of a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

New Orleans, Louisiana, this 23rd day of December, 2014.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**